UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LeANDRE DAVIS,

       Plaintiff,

                                        CASE NO. 2:11-CV-15262
v.                              JUDGE ARTHUR J. TARNOW
                                        MAGISTRATE JUDGE PAUL J. KOMIVES

JOMAIN BRAGG,

       Defendants.
_____/

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL (docket #29)

This matter is before the Court on defendant Bragg's motion to compel plaintiff to respond to defendant's discover requests, filed on May 23, 3014.  Defendant served interrogatories on plaintiff in February 2014, and sent authorizations for release of medical records to plaintiff for him to sign at the same time.  In March and again in May, 2014, defendant sent letters to plaintiff asking for responses to its discovery requests.  To date, plaintiff has not filed responses to defendant's discovery requests.  Nor has plaintiff filed a response to defendant's motion to compel, even though he was ordered to do so no later than July 25, 2014.  Because the discovery sought appears relevant and not unduly burdensome, *see* FED. R. CIV. P. 26(b)(1), and because plaintiff has not opposed defendant's motion, *see* E.D. Mich. LR 7.1(b), it is ORDERED that defendant's motion is hereby GRANTED.  It is further ordered that plaintiff serve responses to defendant's discovery requests and signed authorizations within 21 days of the date of this Order.  Plaintiff is advised that failure to comply with this Order may result in the imposition of sanctions, up to and including dismissal of the action.  *See* FED. R. CIV. P. 37(b)(2).

The attention of the parties is drawn to FED. R. CIV. P. 72(a), which provides a period of fourteen days from the date of this Order within which to file any objections for consideration by the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.


Dated: September 10, 2014            s/ Paul J. Komives
                                     PAUL J. KOMIVES
                                     UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on September 10, 2014, electronically and/or by U.S. Mail.

                                     s/Michael Williams
                                     Case Manager for the
                                     Honorable Paul J. Komives