UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEANDRE DAVIS, | Case No. 11-15262 |
| Plaintiff, | SENIOR U.S. DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| JOMAINE BRAGG, | U.S. MAGISTRATE JUDGE |
| | ANTHONY P. PATTI |
| Defendant. | |
| _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [42] AND DENYING DEFENDANT'S MOTION TO DISMISS [37]

On January 30, 2015, the Magistrate Judge issued a Report and Recommendation (R&R) [42] recommending that the Court deny Defendant's Motion to Dismiss [37] and extend the discovery and filing deadlines in this case. No objection to the R&R [42] was filed.

The Court has reviewed the record in this case. The R&R [42] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss [37] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court shall enter a new scheduling order in this case.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: March 30, 2015          Senior United States District Judge