UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEANDRE DAVIS,

    Plaintiff

v.

JOMAIN BRAGG,

    Defendant.
_____/

Case No. 2:11-cv-15262
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF THE DISPOSITIVE MOTION FILING DEADLINE (DE 47)

This matter is before the Court for consideration of Defendant's motion for extension of the dispositive motion filing deadline. (DE 47.) Defendant filed a motion to compel on July 28, 2015, to which Plaintiff has not yet filed a response. (DE 46.) As a result, Defendant argues that scheduling order should be modified to extend the dispositive motion deadline from September 1, 2015 to October 1, 2015. For good cause shown in the pending motion to compel (DE 46), the motion for extension is **GRANTED** and the dispositive motion deadline is extended to October 1, 2015.

    IT IS SO ORDERED.

Dated: September 1, 2015        s/Anthony P. Patti
                                            Anthony P. Patti
                                            UNITED STATES MAGISTRATE JUDGE

2

I hereby certify that a copy of this order was sent to parties of record on September 1, 2015, electronically and/or by U.S. Mail.

                                              s/Michael Williams
                                              Case Manager for the
                                              Honorable Anthony P. Patti