UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>EANDRE</small> D<small>AVIS</small>,

   Plaintiff,

v.

J<small>OMAINE</small> B<small>RAGG</small>,

   Defendant.

_____/

Case No. 11-15262

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
A<small>NTHONY</small> P. P<small>ATTI</small>

**O<small>RDER</small> A<small>DOPTING</small> R<small>EPORT AND</small> R<small>ECOMMENDATION</small> [52]; G<small>RANTING</small>
D<small>EFENDANT'S</small> M<small>OTION FOR</small> S<small>ANCTIONS</small> [50]**

On March 31, 2016, the Magistrate Judge issued a Report and Recommendation ("R&R") [52] recommending that Defendant's Motion for Sanctions [50] be granted and Plaintiff's complaint be dismissed for Plaintiff's failure to comply with the Court's September 8, 2015 order [49] granting Defendant's Motion to Compel [46] pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v).  No objection to the R&R were filed [52].

The Court has reviewed the record in this case.  The R&R [52] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.  Accordingly,

1

**IT IS ORDERED** that Defendant's Motion for Sanctions [50] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**SO ORDERED**.

|  |  |
|---|---|
| Dated: May 25, 2016 | s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge |